IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARY E. FERANDES, Personal** | * Case No. 91137519 (MD) (1) |
| **Representative of the Estate of** | * Case No. 93-3053 |
| **JOSEPH A. FERANDES,** | * |
| **Now Deceased** | * |
| | * |
| **and** | * |
| | * |
| **MARY E. FERANDES, Individually** | * |
| **and as Surviving Spouse of** | * |
| **JOSEPH A. FERANDEX** | * |
| **Now Deceased** | * |
| | * |
| **Plaintiffs** | * |
| | * |
| **v.** | * |
| | * |
| **AC&S, INC., et al.,** | * |
| | * |
| **Defendants** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUBSTITUTION OF PARTIES

1.      Amelia Ferandes, by and through her undersigned attorneys move this Court for an Order substituting her, in her capacity as Successor Personal Representative of the Estate of Joseph A. Ferandes, Plaintiff's decedent, and as Personal Representative of the Estate of Mary E. Ferandes, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2.      On December 12, 1993 Joseph A. Ferandex, Plaintiff's decedent in the above matter, died.  On July 14, 1995, Mary E. Ferandes was duly appointed Personal Representative of the Estate of Joseph A. Ferandes, deceased, by the Register of Wills for Baltimore City, Maryland.

3.      On November 24, 2003, Minnie Pulley, Plaintiff herein, died.

4.  On October 6, 2004, Amelia Ferandes was appointed Personal Representative of the Estate of Mary E. Ferandes, Plaintiff herein, by the Register of Wills for Baltimore City, Maryland and on October 14, 2004, Amelia Ferandes was appointed Successor Personal Representative of the Estate of Joseph A. Ferandes, Plaintiff's decedent, herein, by the Register of Wills for Baltimore City, Maryland.

5.  Amelia Ferandes is qualified and is now acting as Successor Personal Representative of the Estate of Joseph A. Ferandes, Plaintiff's decedent herein and is qualified and now acting as Personal Representative of the Estate of Mary E. Ferandes, Plaintiff herein.

6.  This is an action at law for personal injuries and therefore the claims haves not been extinguished by the death of the Plaintiff.

**WHEREFORE,** Amelia Ferandes, Successor Personal Representative of the Estate of Joseph A. Ferandes and Personal Representative of the Estate of Mary E. Ferandes, requests this Court to substitute her as Plaintiff herein in place of Mary E. Ferandes.

/s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

## STATEMENT OF AUTHORITIES

2

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                                              /s/

**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**