ED· PA          MDL-875

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARY E. FERANDES, Personal Representative of the Estate of JOESEPH A. FERANDES, Now Deceased | * * * * * | Case No. 91137519 (MD)(1) Case No. 93-3053 |
| and | * * | |
| MARY E. FERANDES, Individually and as Surviving Spouse of JOSEPH A. FERANDES, Now Deceased | * * * * * | |
| Plaintiffs | * * | FILED ENTERED DEC 30 2005 |
| v. | * * | |
| AC&S, INC., et al. | * * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

1.     On Motion of Amelia Ferandes, for substitution in place of Mary E. Ferandes, Personal Representative of the Estate of Joseph A. Ferandes, now deceased, it appearing to the Court that the said Mary E. Ferandes was duly appointed Personal Representative of the Estate of Joseph A. Ferandes on July 14, 1995 by the Register of Wills for Baltimore City, Maryland; that Mary E. Ferandes died on November 24, 2003; that the claim asserted by her in this action was not thereby extinguished; and that Amelia Ferandes has been duly appointed Successor Personal Representative of the Estate of Jospeh A. Ferandes, and is qualified and is acting as such.

2.     On Motion of Amelia Ferandex, for substitution in place of Mary E. Ferandes, Surviving Spouse of Joseph Ferandes, now deceased, it appearing to the Court that the said Mary E.


SCANNED

Ferandes died on November 24, 2003; that the claim asserted by her was not thereby extinguished; and that Amelia Ferandes has been duly appointed Personal Representative of the Estate of Mary E. Ferandes, and is qualified and is acting as such.

**IT IS ORDERED,** that Amelia Ferandes, Successor Personal Representative of the Estate of Joseph A. Ferandes, be substituted as Plaintiff herein in the place of Mary E. Ferandes, Personal Representative of the Estate of Joseph A. Ferandes, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Amelia Ferandes, Personal Representative of the Estate of Mary E. Ferandes, be substituted as Plaintiff herein in the place of Mary E. Ferandes, Surviving Spouse of Joseph A. Ferandes, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____
**JUDGE**
James T. Giles

12/19/2005
**Date**